notice has no effect.wpd

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FELIX J. DELEON, | ) | CASE NO.  10-24891 JPK |
| | ) | Chapter 13 |
| Debtor. | ) | |

ORDER REGARDING NOTICE UNDER N.D.IND.L.B.R. B-2002-2

On March 17, 2015, Bank of America, N.A., by counsel, filed a motion for relief from stay, together with a form of notice modeled after the "drop dead" procedure established by N.D.Ind.L.B.R. B-2002-2.

The Court notes that the subject matter of the motion is not within the scope of any proceeding subject to Rule 2002-2, and thus the "drop dead" notice utilized has no effect.

IT IS ORDERED that the foregoing Notice shall have no effect.

Dated at Hammond, Indiana on March 17, 2015.

/s/ J. Philip Klingeberger
J. Philip Klingeberger, Judge
United States Bankruptcy Court

Distribution:
Debtor, Attorney for Debtor
Trustee, US Trustee